IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERIDITH JONES,<br><br>                Plaintiff,<br><br>  v.<br><br>LOVEVERY, INC.,<br><br>                Defendant. | Case No. 1:20-cv-10873 |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff Meridith Jones and Defendant Lovevery, Inc. have reached an agreement in principle that will resolve the claims alleged in the case, *Jones v. Lovevery, Inc.*, Case No. 1:20-cv-10873. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

Dated: June 11, 2020          Respectfully Submitted,

                                                   */s/ Jason M. Leviton*
                                                   Jason M. Leviton (BBO# 678331)
                                                   **BLOCK & LEVITON LLP**
                                                   155 Federal Street, Suite 400
                                                   Boston, MA 02110
                                                   Phone: (617) 398-5600
                                                   jason@blockesq.com

                                                   Kevin W. Tucker (He/Him/His)
                                                   Pa. No. 312144
                                                   Kevin J. Abramowicz
                                                   Pa. No. 320659
                                                   **EAST END TRIAL GROUP LLC**
                                                   186 42nd St., P.O. Box 40127
                                                   Pittsburgh, PA 15201
                                                   Tel. (412) 877-5220
                                                   ktucker@eastendtrialgroup.com
                                                   kabramowicz@eastendtrialgroup.com

                                                   *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, June 11, 2020, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record. I also certify a true and correct copy will be served upon counsel for Defendant:

Jennifer S. Rusie
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
SunTrust Plaza, 401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
(615) 687-2223
Jennifer.rusie@ogletree.com

                                                           Respectfully Submitted,

Dated: June 11, 2020                              */s/ Jason M. Leviton*
                                                      Jason M. Leviton